# ALABAMA COURT OF CRIMINAL APPEALS



March 7, 2025

**CR-2024-0210**
Alexander Maurice Tubbs v. State of Alabama (Appeal from Jefferson Circuit Court, Bessemer Division: CC-21-691)

## <u>NOTICE</u>

You are hereby notified that on March 7, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk